AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
APR 30 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AJMAL GHANI )
_____ )
*Plaintiff* )
         v.                      )  Civil Action No. 3:12cv272
BIERMAN GEESING WARD & WOOD, LLC, et al. )
                                 )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BIERMAN GEESING WARD & WOOD, LLC
Serve: Steven B. Wood
8100 Three Chopt Road, Rm. 240
Richmond, VA 23299-4833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/13/12

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Steven B. Wood
was received by me on *(date)* 4-23-12 .

☒ I personally served the summons on the individual at *(place)* 8100 Three Chopt Rd, R. Chmond, VA 23229 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-12

_____
Server's signature

FC Tutwiler
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

<h2 style="text-align:center">The Marston Agency, Inc.</h2>

04/20/12

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Ajmal Ghani | **Court:** | United States District Court |
| **Defendant:** | Bierman Geesing Ward & Woods, LLC, et al | **Case:** | 3:12CV272 |
| **Serve:** | Bierman Geesing Ward & Wood, LLC<br>SERVE TO: Steven B. Wood<br>8100 Three Chopt Road, Room 240<br>Richmond, VA 23299 | **Return Date:**<br>**Time:** | |
| **Contact:** | Kristi C. Kelly, Esq.<br>4010 University Dr.<br>2nd Fl.<br>Fairfax, VA 22030 | **Phone:** | 7032779774 |

**Type(s) of Writ(s)**      paper:1428603

Subpoena in a Civil Case      Complaint

Witness/Defendant Bierman Geesing Ward & Wood, LLC was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _EC Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 4-23-12      **Served Time:** 09:55

Signature of Process Server

Notary

**State of:** Virginia      County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ____ day of Apr/May 20__

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 268401 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
APR 30 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AJMAL GHANI )
)
_Plaintiff_ )
)
v. ) Civil Action No. 3:12cv272
BIERMAN GEESING WARD & WOOD, LLC, et al. )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ EQUITY TRUSTEES, LLC
Serve: Steven B. Wood
8100 Three Chopt Rd., Rm. 240
Richmond, VA 23299-4833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/13/12

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Steven B. Wood
was received by me on *(date)* 4-23-12.

☒ I personally served the summons on the individual at *(place)* 8100 Three Chopt Rd., Richmond, VA 23229 on *(date)* 4-23-12; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-23-12

Server's signature

F C Tutwiler
*Printed name and title*

Server's address

Additional information regarding attempted service, etc:

# The Marston Agency, Inc.

04/20/12

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Ajmal Ghani | **Court:** | United States District Court |
| **Defendant:** | Bierman Geesing Ward & Woods, LLC, et al | **Case:** | 3:12CV272 |
| **Serve:** | Equity Trustees, LLC<br>SERVE: Steven B. Wood<br>8100 Three Chopt Road, Room 240<br>Richmond, VA 23299 | **Return Date:**<br>**Time:** | |
| **Contact:** | Kristi C. Kelly, Esq.<br>4010 University Dr.<br>2nd Fl.<br>Fairfax, VA 22030 | **Phone:** | 7032779774 |

**Type(s) of Writ(s)**                                                                  paper:1428602

Subpoena in a Civil Case          Complaint

Witness/Defendant Equity Trustees, LLC was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _F C Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
**Served Date:** _4-23-12_          **Served Time:** _09:55_

_____
Signature of Process Server

**Notary**
State of:    Virginia                              County/City of:    Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of Apr/May 20 _12_
                                                   Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 268401 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

