IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| AJMAL GHANI,<br><br>　　*Plaintiff*,<br><br>v.<br><br>BIERMAN, GEESING,<br>WARD & WOOD, LLC, et al.,<br><br>　　*Defendants.* | Civil Action No. 3:12cv272 |

## NOTICE OF APPEARANCE

PLEASE take notice of Andrew Biondi (VSB No. 48100), of Sands Anderson PC as counsel for the Defendants, BWW Law Group, LLC, formerly known and incorrectly identified as Bierman, Geesing, Ward & Wood, LLC ("BWW"), and Equity Trustees, LLC, in the above styled matter.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above named matter to the email address:

　　　　　　　　　　abiondi@sandsanderson.com.

DATED:  May 25, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SANDS ANDERSON PC

　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew Biondi
　　　　　　　　　　　　　　　　　　　　Andrew Biondi (VSB No. 48100)
　　　　　　　　　　　　　　　　　　　　abiondi@sandsanderson.com
　　　　　　　　　　　　　　　　　　　　1111 East Main Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia  23219
　　　　　　　　　　　　　　　　　　　　(804) 648-1636
　　　　　　　　　　　　　　　　　　　　(804) 783-7291 (fax)
　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2012, l electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

        Dale Wood Pittman, Esquire
        The Law Office of Dale W. Pittman, P.C.
        112-A W. Tabb Street
        Petersburg, Virginia 23803-3212
        PH:  804-861-6000
        FX:  804-861-3368
        Email:  dale@pittmanlawoffice.com

        John Chapman Petersen, Esquire
        Kristi Cahoon Kelly, Esquire
        Surovell Isaacs Petersen & Levy PLC
        4010 University Drive, Suite 200
        Fairfax, Virginia 22030
        PH: 703-277-9774
        FX: 703-591-2149
        Email:  jpetersen@smillaw.com
        Email:  kkelly@smillaw.com

        Leonard Anthony Bennett, Esquire
        Susan M. Rotkis, Esquire
        Consumer Litigation Assoc PC
        763 J. Clyde Morris Blvd, Suite 1A
        Newport News, Virginia  23601
        PH:  757-930-3660
        FX:  757-930-3662
        Email:  lenbennett@cox.net

Matthew James Erausquin, Esquire
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
PH: 703-273-6080
FX: 888-892-3512
Email: matt@clalegal.com

Attorneys for Plaintiff

/s/ Andrew Biondi
Andrew Biondi (VSB No. 48100)
abiondi@sandsanderson.com
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
(804) 648-1636
(804) 783-7291 (fax)
**Counsel for Defendants**