UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**AJMAL GHANI,**

        **Plaintiff,**

**v.**             Civil Action No. 3:12-cv-00272REP

**BIERMAN, GEESING, WARD &**
**WOOD, LLC,** *et al.***,**

        **Defendants.**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Ajmal Ghani, by counsel, voluntarily dismisses this case without prejudice. The Clerk of Court is respectfully requested to close this case.

Dated: June 5, 2012

        Respectfully submitted,

        AJMAL GHANI
        By Counsel

        _____/s/_____
        By: Kristi C. Kelly, Esq., VSB #72791
        J. Chapman Petersen, Esq., VSB # 37225
        SUROVELL ISAACS PETERSEN & LEVY PLC
        4010 University Drive, 2nd Floor
        Fairfax, VA 22030
        (703) 277-9774
        (703) 591-9285 Facsimile
        kkelly@siplfirm.com

        Dale W. Pittman, VSB#15673
        THE LAW OFFICE OF DALE W. PITTMAN, P.C.
        The Eliza Spotswood House
        112-A West Tabb Street
        Petersburg, VA 23803
        (804) 861-6000
        (804) 861-3368 Facsimile

dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
 (757) 930-3660
(757) 930-3662 Facsimile

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of June, 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing to

(NEF) to the following:

Allison Melton, Esq., VSB #75192
Robert R. Michael, Esq., VSB #74148
Stephen B. Wood, Esq., VSB #26518
BWW Law Group, LLC
2020 N. 14th Street, Suite 250
Arlington, VA 22201
Tel. (301) 961-6555
Fax (703) 657-6458
Allison.Melton@bww-law.com
Robert.Michael@bww-law.com
Stephen.Wood@bww-law.com
Counsel for Bierman, Geesing, Ward &
Wood, LLC and Equity Trustees, LLC

Andrew Biondi, Esq. VSB #48100
Sand Anderson, PC
1111 East Main Street
Suite 2400

2

Richmond, VA 23219  
Tel. (804) 648-1636  
Fax (804) 783-7291  
abiondi@sansanderson.com  
Counsel for Bierman, Geesing, Ward & Wood, LLC and Equity Trustees, LLC

              ____/s/_____  
              By: Kristi C. Kelly, Esq., VSB #72791  
              SUROVELL ISAACS PETERSEN & LEVY PLC  
              4010 University Drive, 2nd Floor  
              Fairfax, VA 22030  
              (703) 277-9774  
              (703) 591-9285 Facsimile  
              kkelly@siplfirm.com  
              Counsel for Plaintiff